2016011639
RT/lmr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIANNA CILAURO and JOSEPH CILAURO,

        Plaintiffs,

-against-                                      **PETITION FOR REMOVAL**

GLEASON INDUSTRIAL PRODUCTS, INC. and HOME
DEPOT USA INC.,

        Defendants.
------------------------------------------------------------------------X

**TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, NEW YORK AND TO ALL PARTIES TO THE ACTION HEREIN:**

Defendant, GLEASON INDUSTRIAL PRODUCTS, INC., files this Petition for Removal under 28 U.S.C. §§ 1141, 1146 and Federal Rules of Civil Procedure, Rule 81 (c) and Local Rule 81.1 and respectfully show the Court:

    A.    The Petitioner is the Defendant, GLEASON INDUSTRIAL PRODUCTS, INC. in the above-entitled action.

    B.    The above-entitled action, as to all named defendants, was commenced in the Supreme Court of the State of New York, County of Westchester, by the electronic filing of a Summons and Complaint, on December 24, 2015 under Index Number 70996/2015E, and is now pending in that Court.

    C.    The above-mentioned action is a civil action to recover money damages for alleged negligence.

    D.    The action is one of which the United States District Courts are given original jurisdiction under 28 U.S.C. § 1332 (a) by reason of the complete diversity of citizenship of the parties.

E.  Upon information and belief, the amount of controversy in the action, exclusive of interest and costs, exceeds $75,000.00. Based on the telephone conversation of March 3, 2016, plaintiff's attorney stated that he believes this action has a value in excess of $75,000.

F.  Thirty (30) days have not yet expired since the action thereby became removable to this Court. This action was commenced by electronic filing, with the Westchester County Clerk, of the Summons and Complaint on December 24, 2015. Defendant GLEASON INDUSTRIAL PRODUCTS, INC. received notice of this action on or about February 24, 2016. No Affidavit of Service has been filed.

G.  According to the Plaintiff's Verified Complaint, Plaintiff is a resident of the State of New York. All Defendants are united in interest. Defendant GLEASON INDUSTRIAL PRODUCTS, INC. is a resident of Los Angeles, CA. Defendant HOME DEPOT USA INC. is a corporation organized and existing under the laws of the State of Delaware and having the principal place of business at Atlanta, Georgia. Home Depot has consented to removal of this action to this Court.

H.  Copies of all pleadings, process and orders served in this action are attached hereto, and marked as **Exhibit "A"**.

**WHEREFORE**, Petitioner request that the above-entitled action be removed from the Supreme Court of the State of New York, County of Westchester, to the United States District Court of the Southern District of New York.

Dated: White Plains, New York
       March 21, 2016

                                        Yours, etc.,

                                        By: Roula Theofanis (RT3240)
                                        LAW OFFICE OF THOMAS K. MOORE
                                        Attorneys for Defendant
                                        GLEASON INDUSTRIAL PRODUCTS, INC.
                                        701 Westchester Avenue, Suite 101W
                                        White Plains, New York 10604
                                        (914) 285-8500

TO:  WEIFUSE & WEIFUSE, LLP
     Attorneys for Plaintiffs
     420 Lexington Avenue
     Suite 2328
     New York, New York  10170
     (212) 983-3000

     LEWIS BRISBOIS BISGAARD & SMITH LLP
     Attorneys for Defendant
     HOME DEPOT U.S.A., INC.
     77 Water Street – Suite 2100
     New York, New York  10005
     (212) 232-1300