UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIANNA CILAURO and JOSEPH CILAURO,

                16-cv-02110-CS

                Plaintiffs,    STIPULATION OF
                                     DISCONTINUANCE
    -against-

GLEASON INDUSTRIAL PRODUCTS, INC.,
PRECISION PRODUCTS, INC. and HOME DEPOT
USA INC.,
                Defendants.
----------------------------------------X

**IT IS STIPULATED:**

Whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice and without costs to either party as against the other.

This stipulation may be filed in counter-part without further notice with the Clerk of the Court.

Dated:    New York, New York
          June 28, 2017

_____
Martin H. Weisfuse, Esq.
WEISFUSE & WEISFUSE, LLP
Attorneys for Plaintiffs
420 Lexington Ave.-Ste 2328
New York, NY 10170
(212) 983-3000

_____
Roula Theofanis, Esq.
Law Office of Thomas K. Moore
701 Westchester Ave., Suite 101W
White Plains, NY 10604

So Ordered
_____
U.S.D.J.

July 20, 2017